IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09 - CV - 01453 - BnB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOSEY BROWN

    Plaintiff,

v.

COLO DEPT. OF CORRECTIONS,
WARDEN OF STERLING CORR. FACILITY,
GOV BILL RITTER,
STERLING MEDICAL STAFF,
STERLING C.O. STAFF,
D.O.C. ADMIN STAFF
STATE ATTORNEY GENERAL, and
COLO D.O.C. LEGAL STAFF,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing certificate showing current balance in prison account
(5) \_\_ is missing required financial information
(6) \_\_ is missing an original signature by the prisoner
(7) \_\_ is not on proper form (must use the court's current form)
(8) X names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(10) \_\_ other:_____.

**Complaint, Petition or Application:**
(11) \_\_ is not submitted
(12) \_\_ is not on proper form (must use the court's current form)
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(17) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) X names in caption do not match names in text
(19) X other: <u>names in caption do not match the names in "Section A. Parties</u>

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following form: Prisoners Complaint. It is

2

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 18th day of June, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **'09 - CV - 01453**

Josey Brown
Prisoner No. 46794
Sterling Correctional Facility
PO Box 6000 - Unit 3C308
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _6/22/09_

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk