IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01453-BNB

JOSEPH E. BROWN, a.k.a. JOSEY E. BROWN,,

       Plaintiff,

v.

ARISTEDES ZAVARAS, Colo. Dept. of Corrections,
KAVIN [sic] MILYARD, Warden of Sterling Corr. Facility,
GOV BILL RITTER,
BEVERLY DOWLES, Sterling Medical Staff,
STERLING C.O. STAFF, "Security,"
JOHN CHAPDELIN, D.O.C. Admin Staff,
JOHN W. SUTHERS, State Attorney General,
ANDREW KATARIKAWE, Colo D.O.C. Legal Staff,
ANTHONY A. DECESARO, Grievance Director, and
P.A. B. WEBSTER, Who no Longer Works for D.O.C.,

       Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED PRISONER COMPLAINT

---

Plaintiff, Joseph E. Brown, a.k.a. Josey E. Brown, is in the custody of the

Colorado Department of Corrections and currently is incarcerated at the Sterling,

Colorado, Correctional Facility.  Ms. Brown initiated this action by filing a *pro se*

Prisoner Complaint alleging that her constitutional rights have been violated.  She

seeks money damages and injunctive relief.

The Court must construe the Prisoner Complaint liberally because Ms. Brown is

a *pro se* litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

*Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not act as a

*pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below,

Ms. Brown will be ordered to file an Amended Prisoner Complaint and assert personal participation in each of the claims she raises.

The Court has reviewed the Prisoner Complaint and finds that it is deficient. Ms. Brown must assert personal participation by each named defendant. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Ms. Brown must name and show how named defendants caused a deprivation of her federal rights. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Ms. Brown, therefore, will be directed to file an Amended Prisoner Complaint that asserts all claim and clarifies in each claim who she is suing and alleges specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violation. In order for Ms. Brown to state a claim in federal court, she must state with specificity what each named defendant did to her, when they did it, how their action harmed her, and what specific legal right they violated. *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Ms. Brown file **within thirty days from the date of this Order** an Amended Prisoner Complaint that is in keeping with the instant Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Ms. Brown, together with a copy of this Order, two copies of a Court-approved Prisoner Complaint form to be used in submitting the Amended Prisoner Complaint. It is

FURTHER ORDERED that if Ms. Brown fails to file an Amended Prisoner Complaint within the time allowed the action will be dismissed without further notice.

DATED August 27, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01453-BNB

Joseph E. Brown
a/k/a Josey E. Brown
Prisoner No.  46794
Sterling Correctional Facility
PO Box 6000 - Unit 1-A
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _8/27/09_

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk